■ The People of the State of New York, Respondent, v Marcelin Mitchell, Appellant.—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Levine, J.), imposed April 8, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Balletta, Ritter and Pizzuto, JJ., concur.